ACCEPTED
04-15-00010-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/18/2015 10:04:45 PM
KEITH HOTTLE
CLERK

## THE LAW OFFICE OF HILDA GONZALEZ GARZA, P.L.L.C.
### 205 EAST 5TH ST.
### RIO GRANDE CITY, TEXAS 78582
### TEL: (956) 263-1870
### FAX: (956) 263-1871
#### hilda_garza.lawoffice@aol.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

2/18/2015 10:04:45 PM

KEITH E. HOTTLE
Clerk

February 18, 2015

*Via Electronic Filing*

Honorable Justice Rebecca C. Martinez
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

**RE:  Cause No. CC-14-89; In the Marriage of Pedro Marquez and Lisa A. Watkins; In County at Law of Starr County, Texas**

**RE: Court of Appeals Number 04-15-00010-CV; In the Matter of the Marriage of Pedro Marquez, Jr. and Lisa A. Watkins; In the Fourth Court of Appeals, San Antonio, Texas**

Honorable Justice Rebecca C. Martinez:

In response to your Order dated February 12, 2015, enclosed please find the following documents filed in the above-captioned and numbered cause:

1. Receipt of payment in the amount of $273.00 for "Petitioner's Designation of Clerk's Record" dated February 17, 2015, please see attached and incorporated as reference "Exhibit 1;"
2. "Petitioner's Designation of Clerk's Record" filed on February 06, 2015, please see attached and incorporated as reference "Exhibit 2;"
3. "Petitioner's Request for Preparation of Court Reporter's Record" filed on February 10, 2015, please see attached and incorporated as reference "Exhibit 3;"
4. Letter addressed to court reporter Gay Richey dated November 18, 2014 formally requesting the Official Transcript of the hearing on the Bill of Review, please see attached and incorporated as reference "Exhibit 4;"
5. Copy of U.S. Postal money order # 224000710953 in the amount of $300.00 dated 11/19/214 for transcript deposit on the above mentioned case, please see attached and incorporated as reference "Exhibit 5;" and
6. Acceptance letter signed by court reporter Gay Richey dated December 11, 2014 accepting payment in the amount of $300.00 for Official Transcript of the hearing on the Bill of Review, please see attached and incorporated as reference "Exhibit 6."

I believe this addresses all the concerns that the Court had in its Order and in the appeal of Mr. Pedro Marquez, Jr. However, should the Court have any other questions or concerns, please do not hesitate in contacting me.

Sincerely,

/s / Hilda Gonzalez Garza

Hilda Gonzalez Garza
Attorney at Law

Encl.
mss/hgg

ELOY R. GARCIA
DISTRICT CLERK
401 N. BRITTON AVENUE, ROOM304
RIO GRANCE CITY, TX 78582
Phone (956) 716-4800 EXT8482 FAX (956) 487-8493

# PAYMENT RECEIPT

IN THE MATTER OF THE MARRIAGE OF
PEDRO MARQUEZ JR. AND LISA A.
WATKINS AND IN THE INTEREST OF
PEDRO MARQUEZ, JR., JOAQUIN M.
MARQUEZ AND MASON R. MARQUEZ,A
MINOR CHILDREN

Receipt No: **14719**
Date Received: **02/17/2015**
Date Posted: 02/17/2015

| Payment Information | |
|---|---|
| Cause No: **CC-14-89**<br>Paid By: **HILDA GONZALEZ**<br>Party Responsible: **MARQUEZ PEDRO** | Payment Method: **CH** |

| Item No | Description | Amount Received |
|---|---|---|
| 1. | Preparation of Appeals | $273.00 |

| | |
|---|---|
| TOTAL CHARGES | $522.00 |
| PREVIOUS PAYMENTS | $245.00 |
| PAYMENT AMOUNT | $273.00 |
| REMAINING BALANCE | $4.00 |

RECEIVED BY:   BRENDALY GUERRERO

# THANK YOU



CAUSE NO. CC-14-89

| | | |
|---|---|---|
| IN THE MATTER OF | * | IN THE COUNTY COURT |
| THE MARRIAGE OF | * | |
| | * | |
| PEDRO MARQUEZ, JR., | * | |
| AND | * | AT LAW OF |
| LISA A. WATKINS | * | |
| | * | |
| AND IN THE INTEREST OF | * | |
| PEDRO MARQUEZ, III, | * | |
| JOAQUIN M. MARQUEZ, AND | * | |
| MASON R. MARQUEZ, | * | |
| MINOR CHILDREN | * | STARR COUNTY, TEXAS |

## PETITIONER'S DESIGNATION OF CLERK'S RECORD

**TO ELOY GARCIA, DISTRICT CLERK, OFFICE OF THE DISTRICT CLERK OF STARR COUNTY, TEXAS:**

In the above-captioned and numbered cause, the Petitioner, Pedro Marquez, Jr., through his attorney of record, Hilda Gonzalez Garza, is appealing Cause No. CC-14-89 the "Order Denying Pedro Marquez, Jr.'s, Bill of Review" and addition appealing Cause No. CC-12-84 the "Final Decree of Divorce" that was pronounced and rendered on June 7, 2012 but not signed on November 13, 2012, the "Domestic Relation Order Dividing Retirement Plan Benefits," the "Owelty Deed with Vendor's Lien," a "Deed of Trust," and a "Promissory Note."

Pursuant to Rule 34 of the Texas Rules of Appellate Procedure, please prepare a transcript for the appeal if this case that includes the following documents:

1. Civil Case Information Sheet file February 27, 2014;

2. Original Petition for Bill of Review w/exhibits filed on February 27, 2014;

3. Citation by Personal Service of Lisa A. Watkins;

4. Receipt took 1 citation on February 27, 2014;

5. Returned citation from: Lisa A. Watkins with return of Service;



EXHIBIT
2

6. Defendant's Original Answer filed on April 9, 2014;

7. Order Setting Hearing (Not Signed by Judge) filed April 15, 2014;

8. Original Petition for Bill of Review filed April 15, 2014;

9. Rule 11 Agreement filed on April 29, 2014;

10. Notice for Hearing on Original Petition for Bill of Review for Thursday May 29, 2014, at 9:00am filed on May 2, 2014;

11. Order Setting Hearing (signed by judge) filed May 2, 2014;

12. Notice for Hearing on Motion for Bill of Review on July 17, 2014, at 9am Hand Delivered to Attorneys by Judge Romero Molina on May 29, 2014;

13. Brief in Support of Pedro Marquez, Jr.'s Claim for a Bill of Review due to Fraud and Failure of Lisa A. Watkins to Disclose Previous Legal Marriage and the Legal effects of a new relationship when married filed on July 10, 2014;

14. Respondent, Lisa A. Watkins' Brief Regarding Petitioner's Bill of Review filed on July 10, 2014;

15. Notice for Hearing Set for September 18, 2014, at 9am filed on July 17, 2014;

16. Rule 11 Agreement filed on August 21, 2014;

17. Notice for Hearing Set for October 9, 2014, at 9am filed on August 22, 2014;

18. Issuance of Subpoena on October 3, 2014 by Lori Peterson Perez;

19. Return Subpoena from Lori Peterson Perez *with return of witness subpoena;

20. Order Denying Pedro Marquez, Jr.'s Bill of Review Signed by Judge on October 9, 2014;

21. Request for Findings of Facts and Conclusions of Law filed on October 17, 2014;

22. Second Request for Findings of Facts and Conclusions of Law w/Order not signed

by judge yet filed on November 13, 2014;

23. Request for Assignment Recusal filed on November 17, 2014;

24. Voluntary Order Recusal w/Fax Transaction & Confirmation filed on November 17, 2014;

25. Voluntary Order Recusal w/Fax Transaction & Confirmation filed on November 17, 2014;

26. Order of Assignment filed on November 21, 2014;

27. * Pedro Marquez' Third Request and Notice of Past Due Findings of Facts and Conclusions of Law Filing Submitted on January 6, 2015, at 10:43:01 Envelope Number: 3661452; Filing Returned January 6, 2015, at 3:10 pm

28. * Pedro Marquez' Third Request and Notice of Past Due Findings of Facts and Conclusions of Law Filing Submitted on January 6, 2015, at 3:02:57 Envelope Number: 3668383; Filing Returned January 9, 2015, at 1:27 pm

29. Notice of Appeal filed on January 6, 2015;

30. Notice for Hearing Set for March 16, 2015 at 9am EFiled on January 27, 2015, at 4:09pm Submitted by Basilio Villarreal on January 27, 2015;

31. * Pedro Marquez' Third Request and Notice of Past Due Findings of Facts and Conclusions of Law Filing Submitted on January 28, 2015, at 12:57:59 Envelope Number: 3931361; Filing Returned January 29, 2015, at 10:44 am;

32. * Pedro Marquez' Third Request and Notice of Past Due Findings of Facts and Conclusions of Law Filing Submitted on January 29, 2015, at 1:26:10 Envelope Number: 3948797; Filing Accepted January 29, 2015, at 3:44pm

33. Motion for Withdrawal of Counsel filed on February 2, 2015.

Respectfully submitted,

Law Office of Hilda Gonzalez Garza, P.L.L.C.
205 E. 5th Street,
Rio Grande City, Texas 78582
Tel: (956) 263-1870
Fax: (956) 263-1871

By: _____
Hilda Gonzalez Garza
State Bar No. 00796651
Attorney for Pedro Marquez, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on February 5, 2015, a true and correct copy of *Petitioner's Designation of Clerk's Record* was served on the following:

Mrs. Carmen Benavidez Ramirez          Via Fax: (956) 683-7071
4715 S. Jackson Rd.,
Edinburg, Texas 78539

_____
Hilda Gonzalez Garza

Filed: 2/10/2015 8:58:39 AM
Eloy R. Garcia, District Clerk
Starr County, Texas

Angelica Reyes

CAUSE NO. CC-14-89

| | | |
|---|---|---|
| IN THE MATTER OF | * | IN THE COUNTY COURT |
| THE MARRIAGE OF | * | |
| | * | |
| PEDRO MARQUEZ, JR., | * | |
| AND | * | AT LAW OF |
| LISA A. WATKINS | * | |
| | * | |
| AND IN THE INTEREST OF | * | |
| PEDRO MARQUEZ, III, | * | |
| JOAQUIN M. MARQUEZ, AND | * | |
| MASON R. MARQUEZ, | * | |
| MINOR CHILDREN | * | STARR COUNTY, TEXAS |

## PETITIONER'S REQUEST FOR PREPARATION OF COURT REPORTER'S RECORD

TO: Gay Ritchie, Official Court Reporter for the County Court at Law #1 of Starr County, Texas:

The Petitioner, PEDRO MARQUEZ, JR., through his attorney of record, Hilda Gonzalez Garza, is appealing Cause No. CC-14-89 the "Order Denying Pedro Marquez, Jr.'s, Bill of Review" and addition appealing Cause No. CC-12-84 the "Final Decree of Divorce" that was pronounced and rendered on June 7, 2012 but not signed on November 13, 2012, the "Domestic Relation Order Dividing Retirement Plan Benefits," the "Owelty Deed with Vendor's Lien," a "Deed of Trust," and a "Promissory Note."

Pursuant to Rule 34 of the Texas Rules of Appellate Procedure, please prepare the statement of facts on the hearings:

1. Civil Case Information Sheet file February 27, 2014;

2. Original Petition for Bill of Review w/exhibits filed on February 27, 2014;

3. Citation by Personal Service of Lisa A. Watkins;

4. Receipt took 1 citation on February 27, 2014;

5. Returned citation from: Lisa A. Watkins with return of Service;



EXHIBIT
3

6. Defendant's Original Answer filed on April 9, 2014;

7. Order Setting Hearing (Not Signed by Judge) filed April 15, 2014:

8. Original Petition for Bill of Review filed April 15, 2014;

9. Rule 11 Agreement filed on April 29, 2014;

10. Notice for Hearing on Original Petition for Bill of Review for Thursday May 29, 2014, at 9:00am filed on May 2, 2014;

11. Order Setting Hearing (signed by judge) filed May 2, 2014;

12. Notice for Hearing on Motion for Bill of Review on July 17, 2014, at 9am Hand Delivered to Attorneys by Judge Romero Molina on May 29, 2014;

13. Brief in Support of Pedro Marquez, Jr.'s Claim for a Bill of Review due to Fraud and Failure of Lisa A. Watkins to Disclose Previous Legal Marriage and the Legal effects of a new relationship when married filed on July 10, 2014;

14. Respondent, Lisa A. Watkins' Brief Regarding Petitioner's Bill of Review filed on July 10, 2014;

15. Notice for Hearing Set for September 18, 2014, at 9am filed on July 17, 2014;

16. Rule 11 Agreement filed on August 21, 2014;

17. Notice for Hearing Set for October 9, 2014, at 9am filed on August 22, 2014;

18. Issuance of Subpoena on October 3, 2014 by Lori Peterson Perez;

19. Return Subpoena from Lori Peterson Perez *with return of witness subpoena;

20. Order Denying Pedro Marquez, Jr.'s Bill of Review Signed by Judge on October 9, 2014;

21. Request for Findings of Facts and Conclusions of Law filed on October 17, 2014;

22. Second Request for Findings of Facts and Conclusions of Law w/Order not signed

by judge yet filed on November 13, 2014;

23. Request for Assignment Recusal filed on November 17, 2014;

24. Voluntary Order Recusal w/Fax Transaction & Confirmation filed on November 17, 2014;

25. Voluntary Order Recusal w/Fax Transaction & Confirmation filed on November 17, 2014;

26. Order of Assignment filed on November 21, 2014;

27. * Pedro Marquez' Third Request and Notice of Past Due Findings of Facts and Conclusions of Law Filing Submitted on January 6, 2015, at 10:43:01 Envelope Number: 3661452; Filing Returned January 6, 2015, at 3:10 pm

28. * Pedro Marquez' Third Request and Notice of Past Due Findings of Facts and Conclusions of Law Filing Submitted on January 6, 2015, at 3:02:57 Envelope Number: 3668383; Filing Returned January 9, 2015, at 1:27 pm

29. Notice of Appeal filed on January 6, 2015;

30. Notice for Hearing Set for March 16, 2015 at 9am EFiled on January 27, 2015, at 4:09pm Submitted by Basilio Villarreal on January 27, 2015;

31. * Pedro Marquez' Third Request and Notice of Past Due Findings of Facts and Conclusions of Law Filing Submitted on January 28, 2015, at 12:57:59 Envelope Number: 3931361; Filing Returned January 29, 2015, at 10:44 am;

32. * Pedro Marquez' Third Request and Notice of Past Due Findings of Facts and Conclusions of Law Filing Submitted on January 29, 2015, at 1:26:10 Envelope Number: 3948797; Filing Accepted January 29, 2015, at 3:44pm

33. Motion for Withdrawal of Counsel filed on February 2, 2015.

Respectfully submitted,

Law Office of Hilda Gonzalez Garza, P.L.L.C.
205 E. 5th Street,
Rio Grande City, Texas 78582
Tel: (956) 263-1870
Fax: (956) 263-1871

By:_____
Hilda Gonzalez Garza
State Bar No. 00796651
Attorney for Pedro Marquez, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on February 5, 2015, a true and correct copy of *Petitioner's Request for Preparation of Court Reporter's Record* was served on the following:

Mrs. Carmen Benavidez Ramirez          Via Fax: (956) 683-7071
4715 S. Jackson Rd.,
Edinburg, Texas 78539

_____
Hilda Gonzalez Garza

# THE LAW OFFICE OF HILDA GONZALEZ GARZA, P.L.L.C.
## ATTORNEY AT LAW
### 205 E. 5TH ST.
### RIO GRANDE CITY, TEXAS 78582
### TEL: (956) 263-1870
### FAX: (956) 263-1871

November 18, 2014

Ms. Gay Richey                                    VIA HAND DELIVERY
Official Court Reporter
County Court at Law # 1, Starr County, Texas
Starr County Courthouse, 2nd Floor
Rio Grande City, Texas 78582

RE:  *Request for Official Transcript*
     **Cause No. CC-14-89; The Marriage of Pedro Marquez, Jr. and Lisa A. Watkins and
     In the Interest of Pedro Marquez, III, Joaquin M. Marquez, and Mason R.
     Marquez, Minor Children; In the County Court at Law of Starr County, Texas**

Dear Ms. Gay Richey:

I am formally requesting the Official Transcript of the hearing on the Bill of Review on the above reference cause number that was heard before Honorable Judge R. Molina on the 9th day of October, 2014. I am enclosing a deposit of $300.00 in the form of a U.S. Postal Money Order No. 22400710953  If you have any questions feel free to call my office.

Sincerely,

Hilda Gonzalez Garza
Attorney at Law



EXHIBIT

4



## UNITED STATES POSTAL SERVICE ®

# CUSTOMER'S RECEIPT

| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION | Pay to | Ms. Gay Richey | | KEEP THIS RECEIPT FOR YOUR RECORDS |
|---|---|---|---|---|
| **NOT NEGOTIABLE** | Address | | | |

Pedro Marquez trascript fees

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 22400710953 | 2014-11-19 | 785820 | $300.00 | 0004 |

## UNITED STATES POSTAL SERVICE ®

# POSTAL MONEY ORDER

Serial Number
22400710953

| Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|
| 2014-11-19 | 785820 | $300.00 |

Amount **THREE HUNDRED DOLLARS & 00c** ******************

Pay to Gay Richey

Address

Clerk

0004

From The Law Office of Hilda G Garza

Address 205 E 5th St. RGC TX 78582

Memo transcript deposit

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈00000800 2⑈    22400710953⑈

**EXHIBIT**

**5**

## CAUSE NO. CC-14-89

| | | |
|---|---|---|
| THE MARRIAGE OF | * | IN THE COUNTY COURT |
| | * | |
| PEDRO MARQUEZ, JR. | * | |
| AND | * | |
| LISA A. WATKINS | * | AT LAW OF |
| | * | |
| AND IN THE INTEREST OF | * | |
| PEDRO MARQUEZ, III | * | |
| JOAQUIN M. MARQUEZ, AND | * | |
| MASON R. MARQUEZ, | * | |
| MINOR CHILDREN | * | STARR COUNTY, TEXAS |

## ACCEPTANCE LETTER

I, <u>Ms. Gay Richey</u>, acknowledge that on December 11, 2014, at 11:77 a.m. The Law Office of Hilda Gonzalez Garza, P.L.L.C., gave me the following:

1. 1 U.S. Postal money order # 224000710953 in the amount of three hundred ($300.00) dollars dated 11/19/214 for the transcript deposit on the above mentioned case.



Ms. Gay Richey

EXHIBIT

6

tabbies